| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Wyckoff Equities LLC** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8762838** |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business**<br><br>**4 Sycamore Avenue**<br>**Ho Ho Kus, NJ 07423**<br>Number, Street, City, State & ZIP Code<br><br>**Bergen**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor **Wyckoff Equities LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **New Jersey** | **8/09/23** | **23-16874 (JKS)** |
| | | | |

Debtor **Wyckoff Equities LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Wyckoff Equities LLC** _____   Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Wyckoff Equities LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2025**
                 MM / DD / YYYY

**X** **/s/ Albert Franco**            **Albert Franco**
Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Michael E. Holt**          Date **January 24, 2025**
Signature of attorney for debtor                 MM / DD / YYYY

**Michael E. Holt**
Printed name

**Forman Holt**
Firm name

**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone **(201) 845-1000**     Email address **mholt@formanlaw.com**

**024511990 NJ**
Bar number and State

## RESOLUTION OF SPECIAL MEETING OF
## WYCKOFF EQUITIES LLC

I, Albert Franco, hereby certify that at a special meeting of the Members of Wyckoff Equities LLC held on the 24th day of January, 2025 the following resolutions were proposed and unanimously adopted by all Members:

> Resolved that Wyckoff Equities LLC is hereby authorized to file a petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code and to retain the law firm of Formanlaw LLC d/b/a Forman Holt for the purpose of preparing, filing, and prosecuting that matter, and to take all steps necessary and related thereto, and that Albert Franco as the Managing Member of the Company, is authorized to execute the petition and any other pleadings or documents that he and counsel deem necessary in connection with such Chapter 11 case.

I further certify under penalty of perjury that the above statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

    Wyckoff Equities LLC

    By: */s/ Albert Franco*
        Albert Franco

{F0240022 - 1}

Fill in this information to identify the case:

Debtor name: **Wyckoff Equities LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim - Total claim, if partially secured | Amount of claim - Deduction for value of collateral or setoff | Amount of claim - Unsecured claim |
|---|---|---|---|---|---|---|
| Lori Franco 14 Hunters Run Oakland, NJ 07436 | | | | $56,836.00 | Unknown | $56,836.00 |
| PSE&G PO Box 14444 New Brunswick, NJ 08906 | | Utilities | | | | $2,351.64 |
| PSE&G PO Box 14444 New Brunswick, NJ 08906 | | | | | | $993.79 |
| Optimum PO Box 70340 Philadelphia, PA 19176-0340 | | Cable/Internet/Phone | | | | $298.93 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | Contingent Unliquidated Disputed | | | Unknown |
| PIRS Capital LLC 1688 Meridian Avenue Suite 700 Miami Beach, FL 33139 | noticetoPIRS@pirscapital.com | | Contingent Unliquidated Disputed | $98,371.80 | Unknown | Unknown |
| PIRS Capital, LLC 1688 Meridian Avenue Suite 700 Miami Beach, FL 33139 | | | Contingent Unliquidated Disputed | $163,256.00 | Unknown | Unknown |

Debtor **Wyckoff Equities LLC**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **State of New Jersey Division of Taxation - Bankruptcy Unit** **3 John Fitch Way, 5th Floor** **PO Box 245** **Trenton, NJ 08695** | | **Sales Tax Payroll Tax** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Toast, Inc.** **401 Park Drive, Suite 801** **Boston, MA 02215** | | | **Contingent Unliquidated** | | | **Unknown** |
| **U.S. Small Business Administration Office of Disaster Assistance** **14925 Kingsport Road** **Fort Worth, TX 76155** | | | **Unliquidated** | **$2,000,000.00** | **Unknown** | **Unknown** |
| **Velocity Capital Group dba 800 Funding** **20200 W. Dixie Highway, Suite 803** **Miami, FL 33180** | | | **Contingent Unliquidated Disputed** | **$101,833.10** | **Unknown** | **Unknown** |
| **Vox Funding** **14 E. 44th Street, 4th Floor** **New York, NY 10017** | | | **Contingent Unliquidated Disputed** | **$161,916.62** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## District of New Jersey

In re  **Wyckoff Equities LLC**

Debtor(s)

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 24, 2025**

**/s/ Albert Franco**
**Albert Franco**/**Managing Member**
Signer/Title

Gene Rosen, Esq.
200 Garden City Plaza
Suite 405
Garden City, NY 11530


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Lori Franco
14 Hunters Run
Oakland, NJ 07436


Office of Attorney General
New Jersey Attorney General Office
Division of Law
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


Optimum
PO Box 70340
Philadelphia, PA 19176-0340


PIRS Capital LLC
1688 Meridian Avenue
Suite 700
Miami Beach, FL 33139


PIRS Capital, LLC
1688 Meridian Avenue
Suite 700
Miami Beach, FL 33139


PSE&G
PO Box 14444
New Brunswick, NJ 08906


State of New Jersey
Division of Taxation - Bankruptcy Unit
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695


Toast, Inc.
401 Park Drive, Suite 801
Boston, MA 02215

```
U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
United States Depatrment of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Velocity Capital Group dba 800 Funding
20200 W. Dixie Highway, Suite 803
Miami, FL 33180


Vox Funding
14 E. 44th Street, 4th Floor
New York, NY 10017
```

# United States Bankruptcy Court
## District of New Jersey

In re  **Wyckoff Equities LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wyckoff Equities LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 24, 2025**
Date

**/s/ Michael E. Holt**
**Michael E. Holt**
Signature of Attorney or Litigant
Counsel for  **Wyckoff Equities LLC**
**Forman Holt**
**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
**(201) 845-1000**
**mholt@formanlaw.com**